UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

JAN 2 1 2020

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

WILMINGTON SAVINGS FUND SOCIETY,
FSB, AS TRUSTEE OF STANWICH
MORTGAGE LOAN TRUST D

    Plaintiff

v.

KEVIN R. LAFERRIERE AND TAMMY J.    2:19-cv-00307-DBH
LAFERRIERE

    Defendants

MAINE REVENUE SERVICES

    Party-in-Interest

## JUDGMENT OF FORECLOSURE AND SALE

**Address: 3 Chicoine Avenue, Auburn, ME 04210**
**Mortgage: May 11, 2004, Book: 5904, Page:183**

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on January 13, 2020. Plaintiff, Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust D, was present and represented by John A. Doonan, Esq. Defendants, Kevin R. Laferriere and Tammy J. Laferriere, and Party-in-Interest, Maine Revenue Services, did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment of Foreclosure and Sale is GRANTED. Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust D ("Wilmington Savings") the amount adjudged due and owing ($176,229.88) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, Wilmington Savings shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing as of January 1, 2020:

| Description | Amount |
| --- | --- |
| Unpaid Principal Balance | $107,648.11 |
| Interest | $20,453.31 |
| Escrow Advances | $39,395.85 |
| Corporate Advances | $2,908.04 |
| Expense Advance | $5,740.96 |
| Additional Escrow: "Haz" | $83.61 |
| Grand Total | $176,229.88 |

2. If the Defendants or their heirs or assigns do not pay Wilmington Savings the amount adjudged due and owing ($176,229.88) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Auburn Property shall terminate, Wilmington Savings shall conduct a public sale of the Auburn Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $176,229.88 after deducting the expenses of the sale, with any surplus to the Defendants or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. Wilmington Savings may not seek a deficiency judgment against the Defendants pursuant to the Plaintiff's waiver of deficiency at trial.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without

action or that the final judgment has been entered following appeal.

4. The amount due and owing is $176,229.88.

5. The Priority of interest is as follows:

  • Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust D has first priority, in the amount of $176,229.88, pursuant to the subject Note and Mortgage.

  • Maine Revenue Services, who has been defaulted.

  • The Defendants, Kevin R. Laferriere and Tammy J. Laferriere, who have been defaulted.

6. The prejudgment interest rate is 4.00000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust D | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT |  |  |
|  | Kevin R. Laferriere<br>3 Chicoine Avenue<br>Auburn, ME 04210 | Defaulted |
|  | Tammy J. Laferriere<br>3 Chicoine Avenue<br>Auburn, ME 04210 | Defaulted |

PARTIES-IN-INTEREST

        Maine Revenue Services    Defaulted
        c/o Kevin J. Crosman, Esq.,
        6 State House Station
        Augusta, ME 04333

a) The docket number of this case is No. 2:19-cv-00307-DBH.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 3 Chicoine Avenue, Auburn, ME 04210, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 3 Chicoine Avenue, Auburn, ME 04210. The Mortgage was executed by the Defendants on May 11, 2004. The book and page number of the Mortgage in the Androscoggin County Registry of Deeds is Book 5904, Page 183.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 3 Chicoine Avenue, Auburn, ME 04210.

**SO ORDERED**

DATED THIS 21st DAY OF January, 2020

_____
U.S. DISTRICT JUDGE